COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:              01-13-00957-CV

Style:                       In re David A. Chaumette

Date motion filed[*]:      December 3, 2013

Type of motion:         Motion for extension of time to file response

Party filing motion:     Real party in interest

Document to be filed:    Response to petition for writ of mandamus

Is appeal accelerated?     No

If motion to extend time:

      Original due date:             December 4, 2013

      Number of previous extensions granted:   0          Current Due date:  December 4, 2013

      Date Requested:            December 11, 2013

Ordered that motion is:

      ☑        Granted

                If document is to be filed, document due:  December 11, 2013

                ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

      ☐        Denied

      ☐        Dismissed (*e.g.*, want of jurisdiction, moot)

      ☐        Other: _____

     **Real party in interest's motion for extension is granted in part and denied in part. Real party in interest's response is ordered to be filed no later than December 11, 2013. Real party in interest's request for other relief is denied. Real party in interest is directed to include arguments regarding the Court's jurisdiction in its response.**

Judge's signature:   /s/ Laura Carter Higley
                         ☐ Acting individually     ☐ Acting for the Court

Panel consists of     _____

Date:  December 4, 2013

November 7, 2008 Revision